UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARCHER BRYANT HUDSON, JR., | Case No. EDCV 04-01050 CAS (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Respondents. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: _____July 1_____, 2008

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE